IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CURTIS L. PALMS,<br><br>        Plaintiff,<br><br>   v.<br><br>CAESAR ENTERTAINMENT CORP.,<br>et al.,<br><br>        Defendants. | HONORABLE JEROME B. SIMANDLE<br><br>Civil Action<br>No. 14-3330 (JBS/AMD)<br><br>**ORDER** |

This matter comes before the Court on a motion for default judgment by Plaintiff Curtis L. Palms, who proceeds pro se and in forma pauperis. [Docket Item 9.] The summonses were returned executed by U.S. Marshal on July 24, 2014, for Defendants Caesar Entertainment Corp., Mynor Gonzalez, Veronica Kelly, Ron Pisko, Lloyd Reynolds, and Pinter Vaughn. [Docket Item 8.] Under Fed. R. Civ. P. 12(a)(1)(A)(i), a defendant must serve an answer or dismissal motion within 21 days after being served with the summons and complaint, unless the time to respond is extended. Twenty-one days have not yet elapsed since Defendants were served with a summons and a copy of the Complaint. The Defendants are not in default. Therefore, the motion for default judgment is premature and is denied.

    IT IS this __**12th**__ day of __**August**__, **2014,** hereby

ORDERED that Plaintiff's motion for default judgment [Docket Item 9] is DENIED.

        **s/ Jerome B. Simandle**
JEROME B. SIMANDLE
Chief U.S. District Judge